Daniel J. Kelly (Bar No. 145088)
HAIGHT BROWN & BONESTEEL LLP
100 Bush Street, 27th Floor
San Francisco, California 94104-3967
Telephone: 415.986.7700
Facsimile: 415.986.6945
Email: dkelly@hbblaw.com

Attorneys for Defendant
AVONDALE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANUEL RAMPOLA, JOHN PARKER, JOHN MILESKI, SAM PALMA, JOHN L. BROKAW, JAMES A. MADISON, EDWARD PEREZ, KARL NYLUND, LAWRENCE BLAKE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VIACOM, INC.; AVONDALE INDUSTRIES, INC.; and DOES 1-300, <br><br> Defendants. | Case No. C 05-1461 MJJ <br><br> STIPULATION RE EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT |

Defendant Avondale Industries, Inc. (hereinafter "Avondale" or "Defendant"), in answer to the complaint of Plaintiffs Manuel Rampola, John Mileski, Sam Palma, John L. Brokaw, James A. Madison, Edward Perez, Karl Nylund, Lawrence Blake, et al. (hereinafter "Plaintiffs") for survival, loss of consortium, wrongful death-asbestos, admits, denies, and alleges as follows:

Plaintiffs Plaintiffs Manuel Rampola, John Mileski, Sam Palma, John L. Brokaw, James A. Madison, Edward Perez, Karl Nylund, Lawrence Blake, et al. and defendant Avondale Industries, Inc., through their respective attorneys, hereby stipulate and agree to extend the time within which this defendant may respond to the second amended complaint. Defendants' response shall be due on or before **July 5, 2005**.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000074
3047278.1

1

Case No. C 05-1461 MJJ
STIP RE EXTENSION TO RESPOND TO 2nd
AMENDED COMPLAINT

The stipulated extension will not alter the date of the September 6, 2005 case management conference or any deadline already fixed by court order. This stipulation is made in compliance with Local Rule 6-1(a).

IT IS SO STIPULATED.

Dated: June 20, 2005      BRAYTON PURCELL

By:    /s/ David R. Donadio
     David R. Donadio
     Attorneys for Plaintiffs

Dated: June 20, 2005      HAIGHT BROWN & BONESTEEL LLP

By:    /s/ Daniel J. Kelly
     Daniel J. Kelly
     Attorneys for Defendants
     AVONDALE INDUSTRIES, INC.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — APPROVED — Judge Martin J. Jenkins]

6/24/2005

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

NG06-0000074
3047278.1

2

Case No. C 05-1461 MJJ
STIP RE EXTENSION TO RESPOND TO 2nd AMENDED COMPLAINT