1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   CHARLES SHELDON  Bar No. 155598
2  DAMON MCCLAIN  Bar No. 209508
   One Embarcadero Center, 16th Floor
3  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  MANUEL RAMPOLA, et al.,              CASE NO. C 05-1461 MJJ

12            Plaintiffs,               **STIPULATION RE EXTENSION OF TIME
                                        TO RESPOND TO SECOND AMENDED
13       v.                             COMPLAINT**

14  VIACOM, INC., ET AL.,

15            Defendants.

16

17        Plaintiffs Manuel Rampola, John Mileski, Sam Palma, et al. ("Plaintiffs") and defendant

18  General Electric Company ("GE"), through their respective attorneys, hereby stipulate and agree

19  to extend the time within which GE may respond to the second amended complaint.  GE's

20  answer shall be due on or before July 8, 2005.

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

                              -1-              CASE NO. C 05-1461 MJJ

1    The stipulated extension will not alter the date of the September 6, 2005 case

2    management conference or any deadline already fixed by court order.  This stipulation is made in

3    compliance with Local Rule 6-1(a).

4    IT IS SO STIPULATED.

5    DATED: June 27, 2005          BRAYTON PURCELL

6

7                                 By: _____/s/_____

8                                        David R. Donadio
                                         Attorneys for Plaintiffs

9

10   DATED: June 24, 2005          SEDGWICK, DETERT, MORAN & ARNOLD LLP

11

12

13                                By: _____/s/_____

14                                       Damon McClain
                                         Attorneys for Defendants
                                         GENERAL ELECTRIC COMPANY

15

16

17

18

19

20

21

22   6/28/2005

23

24

25

26

27

28