1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  NANCE F. BECKER, ESQ., S.B. #99292
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MANUEL RAMPOLA et al.,              )   No. C 05-1461 MJJ
                                        )
12           Plaintiffs,                )   STIPULATION AND [PROPOSED]
                                        )   ORDER OF DISMISSAL
13 vs.                                  )
                                        )
14 VIACOM INC. et al,.                  )
                                        )
15           Defendants.                )
                                        )
16

17      IT IS HEREBY STIPULATED by and between the plaintiff, JOHN RUBI, and the

18 defendant MCCONNELL DOUGLAS CORPORATION through their designated counsel that:

19      1. Pursuant to agreement of the named parties, defendant MCDONNELL DOUGLAS

20 CORPORATION ("MDC") is dismissed from the above entitled action, as to all claims made

21 by the plaintiff John Rubi only, pursuant to Fed.R.Civ.Proc. 41 (a)(2). This dismissal is with

22 prejudice, each party to bear its own costs.

23      2. The parties note that plaintiff John Rubi is also a plaintiff in the related case, *John

24 Rubi v. Asbestos Defendants (BP)*, Northern District California case no. CO5-3445 MJJ. The

25 parties hereto have also entered into a Stipulation for Dismissal of MDC, with prejudice, from

26 that action, and for remand of that case to San Francisco Superior Court.

27 ///

28 ///

---

K:\Injured\102536\USDC-stip-dismiss-remand MDC2.wpd       1
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL; C05-1461 MJJ

1  Accordingly, the parties petition this court for an order dismissing defendant
2  MCDONNELL DOUGLAS CORPORATION, with prejudice from this action as to all claims
3  made by plaintiff JOHN RUBI.
4  **SO STIPULATED.**
5  Dated: August 26, 2005              BRYAN CAVE LLP

7                                      By: _____
                                       Paul A. Levin
8                                      Attorneys for Defendant
                                       McDONNELL DOUGLAS CORP.

10 Dated: August 26, 2005              BRAYTON✦PURCELL LLP
11

12                                     By: _____
13                                     Nance F. Becker
                                       Attorneys for Plaintiffs
14

15 **IT IS SO ORDERED.**

17 Dated: 8/30/2005                    _____
                                       MARTIN J. JENKINS
18                                     United States District Court Judge

                                    2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL; C05-1461 MJJ