A TRUE COPY CERTIFIED TO FROM THE RECORD

A CERTIFIED TRUE COPY

AUG 2 3 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG -5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-250)**

FILED
SEP - 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,842 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PAGE 1 OF 2

# SCHEDULE CTO-250 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN  3  05-1461 | Manuel Rampola, et al. v. Viacom, Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ILN  1  05-1989 | Wilmer Moore v. Union Pacific Railroad Co. |
| **ILLINOIS SOUTHERN** | |
| ILS  4  05-4104 | Stanley Pepple, et al. v. Illinois Central Gulf Railroad Co. |
| ILS  4  05-4108 | Daniel Maynor, et al. v. Illinois Central Gulf Railroad Co. |
| **MASSACHUSETTS** | |
| MA  1  05-10812 | Beverly Pearson, et al. v. Metropolitan Life Insurance Co., et al. |
| **MARYLAND** | |
| MD  1  05-1181 | Richard Peamon v. Celotex Asbestsos Settlement Trust |
| **MINNESOTA** | |
| MN  0  04-4239 | Daniel Clarence Gallagher v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1126 | Harvey Edward Hall v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1194 | Francis Wayne Coy v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1195 | Richard Willard Eklund v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1196 | Kent Ernest Flaada v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1197 | Harry A. Friesner v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1198 | Floyd Raymond Grover v. Garlock Sealing Technologies, L.L.C., et al. |
| MN  0  05-1199 | Lester Leroy Haveri v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1200 | Joseph Lawrence Heitzman v. Garlock Sealing Technologies, L.L.C., et al. |
| MN  0  05-1201 | Darfrel Floyd Johnson v. Garlock Sesaling Technologies, LLC, et al. |
| MN  0  05-1202 | Harold Waino Johnson v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1203 | Herbert James Johnson v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1205 | Daniel Joseph Kedrowski v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1206 | Raymond W. Lindberg v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1207 | John Frederick Rokser v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1208 | Allen Eugene Scott v. Garlock Sealing Technologies, L.L.C., et al. |
| MN  0  05-1209 | Richard Roy Tornow v. Garlock Sealing Technologies, LLC, et al. |
| MN  0  05-1210 | David Luther Trach v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  1  05-291 | William C. Fells v. Chevrolet Motor Co., et al. |
| MSS  1  05-292 | Burnell Morgan v. Auto Zone, Inc., et al. |
| MSS  1  05-295 | Ulysses George v. Auto Zone, Inc., et al. |
| MSS  1  05-296 | Joseph George v. American Brake & Clutch, Inc., et al. |
| MSS  1  05-311 | William Johnson, Sr., et al. v. Metropolitan Life Insurance Co., et al. |
| MSS  1  05-312 | Marvin Jefferson, et al. v. Crane Co., et al. |
| MSS  1  05-313 | Bobby Lee Bolton, et al. v. A.P. Green Refractories Co., et al. |
| MSS  1  05-314 | Archie Nicols v. Metropolitan Life Insurance Co., et al. |
| MSS  1  05-315 | W.C. Laird v. A.P. Green Refractories Co., et al. |
| MSS  1  05-316 | Harry Borden Stewart, et al. v. Metropolitan Life Insurance Co., et al. |
| ~~MSS  1  05-328~~ | ~~Charles Bunnell v. Metropolitan Life Insurance Co., et al.~~  Opposed 8/16/05 |

SCHEDULE CTO-250 - TAG-ALONG ACTIONS                                PAGE 2 OF 2

**DIST. DIV. C.A. #**          **CASE CAPTION**

NORTH CAROLINA MIDDLE
  NCM 1 05-377                 Kenneth Arnold Poteat, Jr., et al. v. Aqua-Chem, Inc., et al.

NEBRASKA
  NE 8 05-214                  Gordon Sanders v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-218                  Larry Miller v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-219                  Ronald Ringland v. Burlington Northern & Northern Railway Co.
  NE 8 05-220                  Elmer Kahler v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-221                  James Kremarik v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-222                  Alan Fisher v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-223                  Ray Moyer v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-224                  Gary Heckathorn v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-225                  Larry Nelson v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-226                  John Elliott v. Burlington Northern & Santa Fe Railway Co.

NEW YORK WESTERN
  NYW 1 05-278                 Antonio Brevetti v. Chemical Waste Management, Inc., et al.

SOUTH CAROLINA
  SC 2 05-1581                 David H. Howe, et al. v. Aqua-Chem, Inc., et al.
  SC 8 02-1974                 Richard L. Russell, et al. v. ACandS, Inc., et al.
  SC 8 05-1871                 Jennie L. Boggs, etc. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS 2 05-317                 Adelina N. Mendoza, et al. v. Reynolds Metals Co., Inc.

VIRGINIA EASTERN
  VAE 4 05-2929                James Fred Keeton, Jr. v. ACandS, Inc., et al.
  ~~VAE 4 05-2951~~            ~~Harriett C. King v. Northrop Grumman Systems Corp., et al.~~   Opposed 8/19/05
  VAE 4 05-2952                Percy Thomas v. Union Carbide Corp., et al.

WISCONSIN WESTERN
  WIW 3 05-219                 Barbara Connell, et al. v. A.W. Chesterton Co., et al.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

August 26, 2005

Robert M. March, Clerk
Phillip Burton U.S. District Court
Box 36060
450 Golden Gate Avenue
Santa Francisco, CA 94102-3489

RECEIVED
SEP - 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MDL-875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
C.A. 3:05-1461 (Rampola, et al)

Dear Clerk:

The enclosed Conditional Transfer Order (CTO-250) is being sent to you regarding the involved action. It has been properly identified as multidistrict litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**Please do not forward the original record, certified docket entries and/or a certified copy of the transfer order to this District.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Sharon Carter
MDL Coordinator

enclosure