

**FILED**

SEP 0 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL RAMPOLA, et al.,

    Plaintiff,

v.

VIACOM, INC., et al.,

    Defendants.

No. C 05-1461 MJJ

**ORDER**

The Court is in receipt of Plaintiff's motion for an order vacating the case management conference and hearing on Defendants' motion to stay. Because jurisdiction over this action has been transferred to U.S. District Court for the Eastern District of Pennsylvania, Plaintiff's motion is **GRANTED**. All of the currently scheduled hearings and deadlines in this matter are hereby **VACATED**. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: September 6, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE