**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

RECEIVED
DEC 14 '06

U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION   (VI)   MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

By: MDL Coordinator

enclosure:

```
 1  BRYAN CAVE LLP
    Robert E. Boone III, California Bar No. 132780
 2  Jed P. White, California Bar No. 232339
    120 Broadway, Suite 300
 3  Santa Monica, California 90401-2386
    Telephone:   (310) 576-2100
 4  Facsimile:   (310) 576-2200

 5  Attorneys for Defendant
    McDONNELL DOUGLAS CORPORATION
 6
    BRAYTON PURCELL LLP
 7  Alan R. Brayton, California Bar No. 73685
    David R. Donadio. California Bar No. 154436
 8  222 Rush Landing Road
    Novato, California 94948-6169
 9  Telephone:   (415) 898-1555
    Facsimile:   (415) 898-1247
10
    Attorneys for Plaintiffs
```

FILED
06 DEC 20 PM 3: 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION NO. 875

| | |
|---|---|
| SYBOL ROBERTSON, Individually, as Wrongful Death Heir, and as Successor-in-Interest to BILLY RAY ROBERTSON, Deceased; and ERIK ROBERTSON, KAREN ATWELL, and FREDA KROLL, as Legal Heirs of BILLY RAY ROBERTSON, Deceased;, <br><br> Plaintiff, | Case No.  C 05-01515 PJH <br> USDC ND California |
| ROGER HENRY; <br> Plaintiff, | Case No.  C 05-3106 WHA <br> USDC ND California |
| JOSEPH LUJAN; <br> Plaintiff, | Case No.  C 05-4510 WHA <br> USDC ND California |
| FRED ALEXANDER, JR.; <br> Plaintiff, | Case No.  C 05-4945 MJJ <br> USDC ND California |
| JOSHUA DEROSETT; <br> Plaintiff. | Case No.  C 05-1461 MJJ <br> USDC ND California |
| vs. | **STIPULATION FOR DISMISSAL** |

SM01:615907

DISMISSALS

| | |
|---|---|
| 1 | McDONNELL DOUGLAS CORPORATION, et al., |
| 2 | Defendant. |

3  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the
4  Plaintiffs in the above-captioned actions and Defendant McDonnell Douglas Corporation
5  hereby stipulate to the dismissal of McDonnell Douglas Corporation from these actions
6  with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: 11/16/06

**BRYAN CAVE LLP**
ROBERT E. BOONE III
JED P. WHITE

By: _____
Robert E. Boone III
Attorneys for Defendant
McDONNELL DOUGLAS CORPORATION

Dated: 10/26/6

**BRAYTON PURCELL LLP**
ALAN R. BRAYTON
DAVID R. DONADIO

By: _____
Alan R. Brayton
Attorneys for Plaintiffs

## ORDER

**IT IS HEREBY ORDERED** that MCDONNELL DOUGLAS CORPORATION is dismissed with prejudice from the above-entitled actions.

Dated: 12/4, 2006

_____
James T. Giles, Judge
United States District Court for the
Eastern District of Pennsylvania

SM01:615907                     2

DISMISSALS