DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. BOX 6169
Novato, California 94948
(415) 898-1555

Attorneys for Petitioner TRAVIS MADISON

FILED
07 DEC 26 PM 2: 36

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to Manuel Rampola, et al. v. VIACOM, Inc.; et al. U.S. District Court for the Northern District of California, C05-1461 MJJ; regarding Plaintiff **James A. Madison** | ORDER SUBSTITUTING SUCCESSOR-IN-INTEREST FOR DECEASED PLAINTIFF |

Petitioner's Motion for Order Substituting Successor-in-Interest for Deceased Plaintiff was reviewed by this Court, good cause appearing,

IT IS ORDERED that TRAVIS MADISON, Successor-in-Interest to decedent JAMES A. MADISON be substituted as plaintiff in the place and stead of decedent JAMES A. MADISON.

Dated: 12/12/2007

James T. Giles
United States District Judge

K:\Injured\104067\MDL Sub forms\1 ord sub SII (Madison Federal MDL).wpd    1
ORDER SUBSTITUTING SUCCESSOR-IN-INTEREST FOR DECEASED PLAINTIFF