FILED
JUL - 9 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:05-1461 MJJ

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has, in the actions on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action(s) on this conditional remand order except the severed damages claims be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 02, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-2-2012
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

MDL No. 875

**SCHEDULE FOR CRO**

| | TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|---|
| | DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| | PAE | 2 | 09–62933 | CAN | 3 | 06–07175 | HOLLIDAY v. GENERAL ELECTRIC COMPANY et al |
| * | PAE | 2 | 09–63992 | CAN | 3 | 05–01461 | James Coon v. Viacom Inc., et al. |

* – denotes that the civil action has been severed.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : | Consolidated Under MDL DOCKET NO. 875 |
| COON | : | Transferred from the Northern District of California, Case No. 05-01461 |
| v. | : | |
| VIACOM INC., et al. | : | E.D. PA No. 09-63992 |

FILED
JUN 20 2012
MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

**SUGGESTION OF REMAND**

**AND NOW**, this **19th** day of **June, 2012**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that, as to the above-captioned case:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A (see the MDL 875 website's Administrative Orders page, at http://www.paed.uscourts.gov/mdl875d.asp).

b.) Parties have completed their obligations under the Rule 16 order issued by the Court (see doc. no. 7).

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions, including dispositive motions. Particularly relevant rulings include:

i. Motion for Summary Judgment of Defendant General Dynamics Corp. was denied (doc. no. 33).

e.) Rule 18 settlement discussions have been exhausted at this time as to the remaining viable defendants.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket, subject to any trial-related motions in limine (including Daubert challenges).

g.) The remaining viable Defendants for trial are:

i. General Dynamics Corp.

h.) Any demand for punitive damages is severed, and claims for punitive or exemplary damages are retained by the MDL-875 Court. See Fed. R. Civ. P. 42(b).

Accordingly, the Court **SUGGESTS** that the above-captioned case should be **REMANDED** to the United States District Court for the **Northern District of California** for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the MDL-875 Court in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); see also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

**SUGGESTION OF REMAND MEMORANDUM**
Updated November 4, 2011

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

**Status of the case that has been transferred from the Eastern District of Pennsylvania**

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

**History of MDL 875, In re: Asbestos Products Liability Litigation**

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 12,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties).

**Resources available for transferor courts on the MDL 875 website**

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on

substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to those already addressed by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/mdl875n.asp.

**Contact information for the MDL 875 Court**

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), the MDL 875 asbestos law clerk (Michele_Ventura@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012) for further assistance.

**Intercircuit Assignment Committee**

The Intercircuit Assignment Committee of the Judicial Conference, under the leadership of Judge J. Frederick Motz of the District of Maryland, can assist in the identification and assignment of a senior judge from another District who is ready, willing and able to preside over the trial of this case. If appropriate, please contact Judge Motz at Judge_J_Frederick_Motz@mdd.uscourts.gov or (410) 962-0782.

ASBESTOS,CA-N,MDL-875

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:09-cv-63992-ER**
**Internal Use Only**

COON v. VIACOM INC. et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Referred to: MAGISTRATE JUDGE THOMAS J. RUETER (Settlement)
Case in other court: CA-ND, 05-01461
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 03/11/2009
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**JAMES COON**

represented by **ALAN R. BRAYTON**
BRAYTON, PURCELL LLP
222 RUSH LANDING RD
PO BOX 6169
NOVATO, CA 94945
415-898-1555
Email: abrayton@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID R. DONADIO**
BRAYTON PURCELL LLP
222 RUSH LANDING RD
POBOX 6169
NOVATO, CA 94948
Email: ddonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFF T. SLONIKER**
BRAYTON PURCELL LLP
222 RUSH LANDING RD
NOVATO, CA 94948
415-898-1555
Email: gsloniker@braytonlaw.com
*ATTORNEY TO BE NOTICED*

**ROBYN L. STEIN**
BRAYTON PURCELL LLP
222 RUSH LANDING RD
NOVATO, CA 94948
503-477-4185

Email: rstein@braytonlaw.com
*TERMINATED: 04/29/2011*

V.

**Defendant**

**VIACOM INC.**
*TERMINATED: 05/19/2009*

represented by **ANN I. PARK**
POND NORTH LLP
350 N. GRAND AVE STE 2850
LOS ANGELES, CA 90071
213-617-6170
Email: apark@pondnorth.com
*TERMINATED: 05/19/2009*
*LEAD ATTORNEY*

**Defendant**

**LOCKHEED MARTIN CORPORATION**
*TERMINATED: 05/19/2009*

represented by **LAURA PATRICIA YEE**
GLAZIER YEE LLLP
201 SPEAR ST. SUITE 1520
SAN FRANCISCO, CA 94105
415-356-1100
Email: Yee@glazieryee.com
*TERMINATED: 05/19/2009*
*LEAD ATTORNEY*

**Defendant**

**GENERAL ELECTRIC COMPANY**
*TERMINATED: 05/19/2009*

represented by **CHARLES T. SHELDON**
WALSWORTH FRANKLIN BEVINS & MCCALL LLP
601 NONTGOMERY ST, 9TH FLOOR

SAN FRANCISCO, CA 94111
415-781-7900
Email: csheldon@wfbm.com
*TERMINATED: 05/19/2009*
*LEAD ATTORNEY*

**DEREK S. JOHNSON**
WALSWORTH RANKLIN BEVINS & MCCALL LLP
601 MONTGOMERY ST 9TH FL
SAN FRANCISCO, CA 94111
415-781-7900
Email: djohnson@wfbm.com
*TERMINATED: 05/19/2009*
*LEAD ATTORNEY*

**Defendant**

**TODD SHIPYARDS**

represented by **KEITH E. PATTERSON**

Case 3:05-cv-01461-CRB Document 89 Filed 07/09/12 Page 10 of 16

**CORPORATION**
*TERMINATED: 05/19/2009*

YARON & ASSOC
601 CALIFORNIA ST 21ST FL
SAN FRANCISCO, CA 94108
415-658-2929
Email: kpatterson@yaronlaw.com
*TERMINATED: 05/19/2009*
*LEAD ATTORNEY*

**Defendant**

**MCDONNELL DOUGLAS CORPORATION**
*TERMINATED: 05/19/2009*

represented by **AMY M. GANTVOORT**
120 BROADWAY STE 300
SANTA MONICA, CA 90069
*TERMINATED: 05/19/2009*
*LEAD ATTORNEY*

**PAUL ANDREW LEVIN**
BRYAN CAVE LLP
120 BROADWAY STE 300
SANTA MONICA, CA 90401-2386
*TERMINATED: 05/19/2009*
*LEAD ATTORNEY*

**ROBERT EDWARD BOONE , III**
BRYAN CAVE LLP
120 BROADWAY
SUITE 300
SANTA MONICA, CA 90401
310-576-2385
Email: reboone@bryancave.com
*TERMINATED: 05/19/2009*
*LEAD ATTORNEY*

**Defendant**

**GENERAL DYNAMICS CORPORATION**

represented by **DANIEL DENNIS O'SHEA**
JACKSON JENKINS RENSTROM LLP
55 FRANCISCO ST
6TH FLOOR
SAN FRANCISCO, CA 94133
415-982-3600
Email: doshea@jjr-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CONSOLIDATED STEEL CORPORATION LTD**
*TERMINATED: 05/19/2009*

**Defendant**

**NORTH CAROLINA**

**SHIPBUILDING COMPANY**
*TERMINATED: 05/19/2009*

**Defendant**

**AVONDALE SHIPYARDS INC**
*TERMINATED: 05/19/2009*

**Defendant**

**FEDERAL SHIPBUILDONG & DRYDOCK**
*TERMINATED: 05/19/2009*

**Defendant**

**NEW YORK SHIPBUILDING CORPORATION**
*TERMINATED: 05/19/2009*

**Defendant**

**UNITED STATES STEEL CORPORATION**
*TERMINATED: 05/19/2009*

represented by **JOHN M. DRATH**
DRATH CLIFFORD MURPHY WENNERHOLM HAGEN
1999 HARRISON ST STE 1900
OAKLAND, CA 94612
*TERMINATED: 05/19/2009*
*LEAD ATTORNEY*

**Defendant**

**NORTHROP GRUMMAN SHIP SYSTEMS, INC.**
*TERMINATED: 05/19/2009*

represented by **DANIEL JAMES KELLY**
TUCKER ELLIS & WEST LLP
135 MAIN ST STE 700
SAN FRANCISCO, CA 94105
415-617-2400
Email: daniel.kelly@tuckerellis.com
*TERMINATED: 05/19/2009*
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2009 | 1 | TRANSFER ORDER NO. 351 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (tomg, ) (Entered: 03/13/2009) |
| 03/13/2009 | 2 | ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND |

| | | |
|---|---|---|
| | | COPIES MAILED. (tomg, ) (Entered: 03/13/2009) |
| 03/13/2009 | 3 | NOTICE TO COUNSEL (tomg, ) (Entered: 03/13/2009) |
| 04/07/2009 | 4 | MEMORANDUM AND ORDER THAT WITHIN SIXTY (60) DAYS, EACH INDIVIDUAL PLAINTIFF AND THAT PLAINTIFF'S SPOUSE (IF ANY) AND THAT PLAINTIFF'S CHILDREN (IF ANY) SHALL FILE ONE SEVERED AND AMENDED COMPLAINT, WHICH SHALL BE CAPTIONED WITH THE AFORESAID NEW CIVIL ACTION NUMBER. FAILURE TO COMPLY WITH THIS SECTION OF THE INSTANT ORDER MAY RESULT, UPON MOTION BY ANY CONCERNED DEFENDANT, IN THE DISMISSAL OF THAT SPECIFIC PLAINTIFF'S CIVIL ACTION WITH PREJUDICE, PURSUANT TO F.R.C.P. 41; EXCEPT FOR THE LEAD PLAINTIFF IN THE AFORESAID MATTER ORIGINALLY FILED IN THE UNITED STATES DISTRICT TRANSFEROR COURT, EACH PLAINTIFF WHO FILES A SEVERED AND AMENDED COMPLAINT SHALL REMIT TO THE CLERK OF COURT A FILING FEE IN THE AMOUNT OF $350.00, PURSUANT TO 28 U.S.C. 1914(a); A SPECIFIC PLAINTIFF'S FAILURE TO COMPLY WITH THIS SECTION OF THE INSTANT ORDER MAY RESULT IN THE DISMISSAL OF THAT SPECIFIC PLAINTIFF'S CIVIL ACTION WITH PREJUDICE, ETC. SIGNED BY JUDGE EDUARDO C. ROBRENO. ENTERED AND COPIES MAILED AND E-MAILED. (tomg, ) (Entered: 04/07/2009) |
| 05/19/2009 | 5 | SEVERED AND AMENDED COMPLAINT against GENERAL DYNAMICS CORPORATION, filed by JAMES COON. CERTIFICATE OF SERVICE (FILING FEE RECEIVED, $350.00, #001062)(ap, ) (Entered: 05/21/2009) |
| 05/19/2009 | | (Court only) *** Party FEDERAL SHIPBUILDONG & DRYDOCK; GENERAL ELECTRIC COMPANY; LOCKHEED MARTIN CORPORATION; MCDONNELL DOUGLAS CORPORATION; NEW YORK SHIPBUILDING CORPORATION; NORTH CAROLINA SHIPBUILDING COMPANY; NORTHROP GRUMMAN SHIP SYSTEMS, INC.; TODD SHIPYARDS CORPORATION; UNITED STATES STEEL CORPORATION; VIACOM INC.; AVONDALE SHIPYARDS INC and CONSOLIDATED STEEL CORPORATION LTD terminated., *** Attorney AMY M. GANTVOORT; DEREK S. JOHNSON; DANIEL JAMES KELLY; PAUL ANDREW LEVIN; ANN IN-EA PARK; KEITH E. PATTERSON; CHARLES T. SHELDON; LAURA YEE; ROBERT EDWARD BOONE, III and JOHN M. DRATH terminated., (ap, ) (Entered: 05/21/2009) |
| 07/21/2009 | 6 | *GENERAL DYNAMICS CORPORATION'S* ANSWER to Complaint *ASBESTOS* by GENERAL DYNAMICS CORPORATION.(O'SHEA, DANIEL) (Entered: 07/21/2009) |
| 11/12/2009 | 7 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CAPTIONED CASES ON 12/9/09 AT 10:00 A.M. IN COURTROOM 11A, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA 19106. IT IS FURTHER ORDERED |

| | | |
|---|---|---|
| | | THAT FAILURE TO APPEAR AT THE CONFERENCE SHALL RESULT IN THE DISMISSAL OF THE CASE WITHOUT PREJUDICE, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/3/09. 11/12/09 ENTERED AND COPIES MAILED, E-MAILED. (lisad, ) (Entered: 11/12/2009) |
| 12/17/2009 | 8 | ORDER THAT THE COURT REFERS THIS MATTER TO CHIEF MAGISTRATE JUDGE THOMAS J. RUETER FOR DISCOVERY COMPLETION, MEDIATION/SETTLEMENT NEGOTIATION AND/OR CONFERENCES, ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/17/09. 12/17/09 ENTERED AND COPIES E-MAILED.(le, ) (Entered: 12/17/2009) |
| 03/17/2010 | 9 | ORDER THAT THE CASES DESCRIBED IN THE ATTACHED LIST ARE SCHEDULED FOR A SCHEDULING AND SETTLEMENT CONFERENCE ON MAY 4, 2010 AT 9:30 AM IN COURTROOM 3-C. SIGNED BY MAGISTRATE JUDGE THOMAS J. RUETER ON 7/17/10. 7/18/10 ENTERED AND COPIES MAILED, E-MAILED.(ah) (Entered: 03/18/2010) |
| 04/05/2010 | 10 | CERTIFICATE OF SERVICE by JAMES COON re 9 Order, (DONADIO, DAVID) (Entered: 04/05/2010) |
| 05/14/2010 | 11 | ORDER THAT AFTER SCHEDULING CONFERENCE WITH COUNSEL, SCHEDULING DEADLINES ARE SET AS OUTLINED IN THIS ORDER FOR THE LIST OF CASES ATTACHED; ETC. (SEE PAPER #7259 IN 01-MD-875 FOR LIST OF CASES). SIGNED BY MAGISTRATE JUDGE THOMAS J. RUETER ON 5/14/2010. 5/14/2010 ENTERED AND COPIES MAILED, E-MAILED.(tomg, ) (Entered: 05/14/2010) |
| 05/26/2010 | | (Court only) ***Set/Clear Flags Set Flag TJR/ASB (anl, ) (Entered: 05/26/2010) |
| 11/03/2010 | 12 | ORDER THAT THE LETTER FROM PLAINTIFFS' COUNSEL DATED OCTOBER 29, 2010, REQUESTING THE COURT "TO VACATE" ITS SCHEDULING ORDER IS DENIED, WITHOUT PREJUDICE TO RIGHT OF ANY PARTY TO REQUEST THE COURT TO AMEND THE DEADLINES IN THE SCHEDULING ORDER AT THE NOVEMBER 30, 2010 SETTLEMENT CONFERENCE. THE PARTIES SHALL PROCEED WITH ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER. SIGNED BY MAGISTRATE JUDGE THOMAS J. RUETER ON 11/3/10. 11/4/10 ENTERED AND COPIES MAILED, E-MAILED.(ahf) (Entered: 11/04/2010) |
| 11/06/2010 | 13 | Praecipe *Proposed Telephone Conference - November 9, 2010, 1:00 p.m. PST* by JAMES COON. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(DONADIO, DAVID) (Entered: 11/06/2010) |
| 11/24/2010 | 14 | Praecipe *Request to Modify Scheduling Order, Further Management Conference* by JAMES COON. (Attachments: # 1 Exhibit A-Proposal To Modify Scheduling Order 11/24/2010, # 2 Exhibit B-Proposed Revisions to Scheduling Order 5/14/2010, # 3 Supplement Plaintiffs Proposed Sub- |

| | | |
|---|---|---|
| | | Groups 1-6, # 4 Supplement Plaintiff List of Cases, Subject 5/14/2010 Scheduling Order)(STEIN, ROBYN) (Entered: 11/24/2010) |
| 03/15/2011 | 15 | MOTION for Summary Judgment filed by GENERAL DYNAMICS CORPORATION.Memorandum, Declaration, Certificate of Service. (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(O'SHEA, DANIEL) (Entered: 03/15/2011) |
| 03/31/2011 | 16 | RESPONSE in Opposition re 15 MOTION for Summary Judgment *by Defendant General Dynamics Corporation* filed by JAMES COON. (STEIN, ROBYN) (Entered: 03/31/2011) |
| 03/31/2011 | 17 | Objections by JAMES COON *(Evidentiary) to Defendant General Dynamics Corporation's Motion for Summary Judgment*. (STEIN, ROBYN) (Entered: 03/31/2011) |
| 03/31/2011 | 18 | RESPONSE in Opposition re 15 MOTION for Summary Judgment *Request for Oral Argument* filed by JAMES COON. (STEIN, ROBYN) (Entered: 03/31/2011) |
| 03/31/2011 | 19 | RESPONSE in Opposition re 15 MOTION for Summary Judgment *[Proposed] Order Denying Defendant General Dynamic Corporation's Motion for Summary Judgment* filed by JAMES COON. (STEIN, ROBYN) (Entered: 03/31/2011) |
| 03/31/2011 | 20 | Declaration *of Robyn L. Stein in Support of Plaintiff's Opposition to Defendant General Dynamics Corporation's Motion for Summary Judgment* by JAMES COON. (STEIN, ROBYN) (Entered: 03/31/2011) |
| 03/31/2011 | 21 | Declaration *of Robyn L. Stein in Support of Plaintiff's Opposition to Defendant General Dynamics Corporation's Motion for Summary Judgment, Exhibit 1* by JAMES COON. (STEIN, ROBYN) (Entered: 03/31/2011) |
| 03/31/2011 | 22 | Declaration *of Robyn L. Stein in Support of Plaintiff's Opposition to Defendant General Dynamics Corporation's Motion for Summary Judgment, Exhibit 1 continued* by JAMES COON. (STEIN, ROBYN) (Entered: 03/31/2011) |
| 04/14/2011 | 23 | REPLY to Response to Motion re 15 MOTION for Summary Judgment filed by GENERAL DYNAMICS CORPORATION. (Attachments: # 1 Affidavit Objections)(O'SHEA, DANIEL) (Entered: 04/14/2011) |
| 04/20/2011 | 24 | Objections by JAMES COON *to Defendant General Dynamics Corporation's Request for Judicial Notice in Support of Its Summary Judgment Reply*. (STEIN, ROBYN) (Entered: 04/20/2011) |
| 04/25/2011 | 25 | NOTICE by JAMES COON *OF WITHDRAWAL OF COUNSEL* (DONADIO, DAVID) (Entered: 04/25/2011) |
| 04/29/2011 | 26 | NOTICE by JAMES COON *OF WITHDRAWAL OF COUNSEL* (STEIN, ROBYN) (Entered: 04/29/2011) |
| | | |

| | | |
|---|---|---|
| 05/04/2011 | 27 | Request *for Oral Argument* by GENERAL DYNAMICS CORPORATION. (O'SHEA, DANIEL) (Entered: 05/04/2011) |
| 06/28/2011 | | ***Copy of Order dated 11/12/2009 and envelope returned from the U.S. Postal Service addressed to PATRICIA YEE for the following reason: FORWARDING ORDER EXPIRED. (kah, ) (Entered: 06/28/2011) |
| 05/17/2012 | 28 | NOTICE of Voluntary Dismissal by All Plaintiffs As To PUNITIVE DAMAGE CLAIM ONLY, AS TO GENERAL DYNAMICS CORPORATION, ONLY, WITHOUT PREJUDICE.(DONADIO, DAVID) (Entered: 05/17/2012) |
| 05/21/2012 | 29 | ORDER THAT A FINAL PRE-REMAND HEARING, INCLUDING ORAL ARGUMENT ON ALL OPPOSED SUMMARY JUDGMENT MOTIONS, WILL BE HELD ON 6/12/2012 AT 10:00 A.M., IN COURTROOM 15A, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/21/2012; 5/22/2012 ENTERED AND COPIES MAILED, E-MAILED(kk, ) (Entered: 05/22/2012) |
| 05/21/2012 | 30 | ORDER THAT THE PARTIES REQUEST THIS COURT DISMISS PUNITIVE DAMAGES CLAIM ONLY, FROM DEFENDANTS GENERAL DYNAMICS CORPORATION, WITHOUT PREJUDICE IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/18/2012. 5/22/2012 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 05/22/2012) |
| 06/06/2012 | 31 | STATUS REPORT *RE FINAL PRE-REMAND CONFERENCE ON JUNE 12, 2012* by JAMES COON. (SLONIKER, GEOFF) (Entered: 06/06/2012) |
| 06/08/2012 | 32 | STATUS REPORT *[UPDATED] RE FINAL PRE-REMAND CONFERENCE ON JUNE 12, 2012* by JAMES COON. (SLONIKER, GEOFF) (Entered: 06/08/2012) |
| 06/14/2012 | 33 | ORDER THAT THE DEFENDANT GENERAL DYNAMICS CORP.'S MOTION FOR SUMMARY JUDGMENT (DOC. NO.15) IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/13/2012.6/14/2012 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 06/14/2012) |
| 06/20/2012 | 34 | ORDER THAT THE COURT SUGGESTS THAT THE ABOVE-CAPTIONED CASE SHOULD BE REMANDED TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA FOR RESOLUTION OF ALL MATTERS PENDING WITHIN THIS CASE EXCEPT PUNITIVE DAMAGES. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/19/2012. 6/20/2012 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 06/20/2012) |
| 06/28/2012 | 35 | ORDER THAT THE CASES LISTED IN EXHIBIT "A," ATTACHED, SHALL BE ASSIGNED TO JUDGE EDUARDO C. ROBRENO, AND SHALL NO LONGER BE REFERRED TO A UNITED STATES MAGISTRATE JUDGE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/28/2012. 6/29/2012 ENTERED AND COPIES |

| | | |
|---|---|---|
| | | MAILED, E-MAILED.(stwe, ) (Entered: 06/29/2012) |
| 06/28/2012 | | (Court only) ***Set/Clear Flags Cleared Flag CASREF/ASB, TJR/ASB (stwe, ) (Entered: 06/29/2012) |
| 07/02/2012 | 36 | Copy of Conditional Remand Order from the Judicial Panel on Multidistrict Litigation that all claims in the actions on this order except the severed damages claims be remanded to its respective transferor courts: CA-N 3:06-7175, 05-1461. (See Paper # 8643 in 01-md-875). (tjd) (Entered: 07/02/2012) |
| 07/02/2012 | | Certified copy of Certified copy of Conditional Remand Order along with copy of Docket mailed to the Northern District of California. (tjd) (Entered: 07/02/2012) |