ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES COON,<br><br>    Plaintiff,<br><br>vs.<br><br>VIACOM INC., *et al.*,<br><br>    Defendants. | Case No. 3:05-cv-01461-SI<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL DYNAMICS CORPORATION, WITH PREJUDICE; ORDER** |

The parties request this Court dismiss defendant GENERAL DYNAMICS CORPORATION from this action with prejudice. Each party to bear its own fees and costs.

///

///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL DYNAMICS CORPORATION, WITH PREJUDICE; ORDER

1  Dated: February 22, 2013    BRAYTON❖PURCELL LLP

    By: s/ David R. Donadio
    David R. Donadio, Esq., CA S.B. #154436
    DDonadio@braytonlaw.com
    Tel: (415) 898-1555
    Fax: (415) 898-1247
    Attorneys for Plaintiff

10  Dated: 2/22/13    JACKSON JENKINS RENSTROM LLP

    By: /s/ Todd M. Thacker
    Todd M. Thacker, Esq. CA S.B. #199506
    Attorneys for Defendant
    GENERAL DYNAMICS CORPORATION

19  Dated: February 26, 2013    SO ORDERED:

    _____
    United States District Judge

    [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

---

2
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL DYNAMICS CORPORATION, WITH PREJUDICE; ORDER