BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RAMPOLA, et al., | Case No. 3:05-cv-01461-CRB |
| Plaintiffs, | ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY |
| vs. | |
| VIACOM INC., et al., | |
| Defendants. | |
| In Re: KARL NYLUND | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: DEC 1 8 2013

By: _____
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY